

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2014

No. 04-14-00618-CR

Thomas **LITTLE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0698-CR-C
Honorable William Old, Judge Presiding

# O R D E R

The reporter's record was originally due October 6, 2014; however, the court granted the reporter, Patricia Wagner, an extension of time until November 5, 2014, to file the record. Wagner has filed a notification of late record, requesting an additional thirty days to file the record.

We **grant** the motion and **order** Patricia Wagner to file the record by **December 5, 2014**. Wagner is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court